IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JUDITH MARCIA WILLIAMS,**

    *Plaintiff*,

v.                              **Case No.: 4:22cv457-MW/MAF**

**PASCO COUNTY – DADE CITY
FLORIDA HOUSING SUPERVISOR
JAZMIN LUCAS,**

    *Defendant*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 17. Instead of filing any objections, Plaintiff has filed an unauthorized fifth amended complaint. Plaintiff has failed to request leave to amend; accordingly, her fifth amended complaint is **STRICKEN**. Upon consideration, no objections having been filed by the parties,

    **IT IS ORDERED:**

The report and recommendation, ECF No. 17, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's fourth

amended complaint, ECF No. 13, is **DISMISSED** for failure to state a claim." The Clerk shall close the file.

      **SO ORDERED on April 5, 2023.**

                **s/Mark E. Walker**            
                **Chief United States District Judge**